# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| KATHY J. MOORE, )<br>Plaintiff, ) | ) | |
| v. | ) | CIVIL ACTION 2:18-00311-KD-B |
| JIMMY H. BAKER, *et al.*, )<br>Defendants. ) | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 8, 2019 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendants' motions to dismiss (Docs. 28, 41) are **GRANTED IN PART** and **DENIED IN PART**, as follows:

1) **DENIED** with regard to Defendants' motions to dismiss Plaintiff's Title VII gender discrimination claims; Plaintiff's Equal Pay Act claim against Defendant Board of Trustees of the Alabama Community College System; and Plaintiff's Section 1983 claims against Defendant Jimmy H. Baker, in his official capacity as Chancellor of the Alabama Community College System, Defendant Kay Ivey, in her official capacity as President of the Board of Trustees of the Alabama Community College System, and Defendants Al Thompson, Ron Fantroy, Susan Foy, Frank Caldwell, Crystal Brown, Milton A. Davis, Chuck Smith, and Blake McAnally, in their official capacities as members of the Board of Trustees of the Alabama Community College System;

2) To the extent Plaintiff brings Section 1983 claims for monetary damages, retrospective relief, lost pay or benefits, back pay with interest, and front pay against Defendant Jimmy H. Baker, in his official capacity as Chancellor of the Alabama Community College System, Defendant Kay Ivey, in her official capacity as President of the Board of Trustees of the Alabama Community College System, and Defendants Al Thompson, Ron Fantroy, Susan Foy, Frank Caldwell, Crystal Brown, Milton A. Davis, Chuck Smith, and Blake McAnally, in their official capacities as members of the Board of Trustees of the Alabama Community College System -- Defendants' motion to dismiss those claims is **GRANTED**; and

3) **GRANTED** with regard to Defendants' motions to dismiss Plaintiff's ADEA age discrimination in pay claims against Defendants Wallace College and the and Board of Trustees of the Alabama Community College System; and Plaintiff's Title VII and ADEA retaliation claims.

**DONE** and **ORDERED** this the **26th** day of **March 2019.**

/s/ Kristi K. DuBose

**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**